IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

SIERRA CLUB,

                  Plaintiff,                  ORDER

v.

                                              11-cv-315-wmc

LISA JACKSON, in her official capacity as
Administrator, United States
Environmental Protection Agency,

                  Defendant.

---

      The parties in this case have jointly moved the court to extend the dispositive motions deadline from March 5 to May 15, 2012, to allow for finalization of settlement negotiations. The parties state that they have completed settlement discussions, have reached an agreement in principle to settle this case, and have drafted a Settlement Agreement which has been signed by plaintiff's counsel. However, the Settlement Agreement cannot become effective until it has been approved by senior officials in the USEPA and the Department of Justice, and passes through the public notice and comment process set out by section 113(g) of the Clean Air Act, 42 U.S.C. § 7413(g).

      Because it appears that extraordinary circumstances exist justifying additional delay, the court will allow this extension. However, this is the third such extension in this case so far, and the parties are warned that they should not expect another. Accordingly, IT IS ORDERED that:

           (1)    The dispositive motions deadline is rescheduled from March 5 to May 15, 2012;

  (2) NO FURTHER EXTENSIONS WILL BE GRANTED;

  (3) If settlement is reached, the parties shall promptly notify the court.

Entered this 28th day of February, 2012.

            BY THE COURT:
            /s/
            WILLIAM M. CONLEY
            District Judge