IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

SIERRA CLUB,

    Plaintiff,

v.

LISA JACKSON, Administrator of the United
States Environmental Protection Agency,

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 11-cv-315-wmc

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

that judgment is entered awarding Sierra Club $9,213.00 in attorneys' fees and $429.08 in costs for a total amount of $9,642.08.

_____      9/26/13
Peter Oppeneer, Clerk of Court     Date